IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CENTENNIAL BANK,

    Plaintiff,

v.                                              CASE NO.: 04:11-CV-28 RH/WCS

PETER S. ROSEN; MIKE PAGOZALSKI
a/k/a MICHAEL PAGOZALSKI; DUSTIN
CALDWELL; MICHAEL CURETON d/b/a
CURETON PLUMBING, INC.; SOUTHWOOD
RESIDENTIAL COMMUNITY ASSOC., INC.;
FIRST CAPITAL BANK; UNITED STATES OF
AMERICA, DEPT. OF TREASURY, INTERNAL
REVENUE SERVICE; RO-MAC LUMBER & SUPPLY
OF TALLAHASSEE, INC.; ASHLEY ANDERSON;
ACIC PROPERTIES, INC.;  and REGIONS BANK,

    Defendants.
_____/

**DEFENDANTS ROSEN AND PAGOZALSKI'S RESPONSE TO PLAINTIFF'S MOTION FOR ORDER DIRECTING DEPOSIT OF RENTS**

    Defendants, PETER S. ROSEN and MIKE PAGOZALSKI, respond to Plaintiff CENTENNIAL BANK'S Motion for Order Directing Deposit of Rents, as follows:

    1.    Defendants do not deny that plaintiff has perfected its assignment of rent proceeds; however, the court's order should make provision for:

        a.    Defendants placing the net rent in an escrow account to be agreed upon by the parties rather than the registry of the court, so as to avoid unnecessary expense;

        b.    The establishment up front of a method for disbursing the funds with certain categories of expenses, such as monthly utility bills, maintenance, real estate taxes, and insurance, being paid automatically.

    c. Other expenses to be paid only after proof of their need has been submitted to plaintiff and then paid only if no objection is made in 7 to 10 days;

    d. The court to determine which necessary expenses will be paid if there are insufficient funds to pay all of them; and

    e. Defendants paying the necessary expenses from the rent proceeds.

  2. As for the lists and documents requested by plaintiff in paragraph five of its motion, defendants have no objection to producing them; however, the information must be obtained from an outside management company with whom defendants have contracted.

/s/ David B. Switalski  
DAVID B. SWITALSKI  
Florida Bar No.: 0984991  
1018 Thomasville Rd., Ste. 111-A  
Tallahassee, Florida 32303  
(telephone) (850) 222-6200  
(facsimile) (850) 224-0700  
dbsattorney@gmail.com  

Attorney for Defendants Rosen and Pagozalski

**CERTIFICATE OF SERVICE**

 I HEREBY CERTIFY that a true and correct copy of the foregoing has been sent by CM/ECF to Megan F. Fry, Clark, Partington, Hart, P.O. Box 13010, Pensacola, FL 32591-3010 and Paul Alan Sprowls, U.S. Attorney's Office, 111 North Adams Street, 4th Floor, Tallahassee, Florida 32301 this 8th day of April , 2011.

/s/ David B. Switalski  
ATTORNEY