IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CENTENNIAL BANK,

    Plaintiff,

v.                                    CASE NO. 4:11cv28-RH/WCS

PETER S. ROSEN et al.,

    Defendants.

_____/

## ORDER STRIKING THE THIRD, FIFTH, SIXTH, AND SEVENTH AFFIRMATIVE DEFENSES

The plaintiff has moved to strike the answer's third, fifth, sixth, and seventh affirmative defenses. The defendant has consented to the motion, thus abandoning these defenses.

Accordingly,

IT IS ORDERED:

The plaintiff's consented motion, ECF No. 34, to strike the answer's third, fifth, sixth, and seventh affirmative defenses is GRANTED. The affirmative defenses are struck.

SO ORDERED on May 13, 2011.

                                                  s/Robert L. Hinkle
                                                United States District Judge